DEFENDANT'S EXHIBIT A

Media will make a monster out of anybody without thinking twice, rather it's true or not. Their goal is to have a story to tell. I could go on and on about the media but I'm not I'm just going to say the image they are trying to paste in the worlds heads is not the man I know and Lance Reynolds couldn't have said it better. "Fatherhood over any hood any day!" These are words of a wise father not a gang banger.

Lance Reynolds was raised in a well known sterotyped area known as the Short North, although he didn't have much of a choice where he lived as a child he made it a priority he moved away to give his children a chance at having a better life than he had.

Lance did just what he promised, and that was to teach his boys to be men. He always make sure my boys are being honest, respectful little men. He attend every football practice and sit proudly on the sideline watching them defeat the other teams. He was very active in anything his boys done including basketball, karate, track and much more. Our boys look up to their father however Lance always tell them they will be better than him and how proud he was to be their father.

Although Lance shared a unbreakable bond with our boys his girls always found a way to steal his heart. Lance always made sure he treated our daughters like the princess they are he always came over to where the girls would practice to make our oldest daughters team mates and coaches smile, Lance could put a

Smile on anyones face, even in a sad situation, he's such an uplifting person. Lance relationship with our four year daughter is amazing she is so in love with her father and she love to annoy him on purpose. She would say " Daddy can you tuck me in tight so tighter the "Sand man" can't make me sleep?" It hurt my heart more than anything picking her up from the baby sitter and she say "daddy back from the police now mommy" and all I can say is " Not yet baby, Not yet".

I became a mother at a very young age but I wouldn't trade it for the world because Lance Stepped up and showed me how a man is suppose to treat his family. A lot of young parents don't have the love and respect Lance and I have. He's more than an amazing father he's a amazing husband and friend.

Im sure if the feds have been watching they can even say 95% of Lance time is spent with his family doing family activities.

I know I can ramble on and on and my words can mean nothing to most but, from the bottom of my heart I truely believe a family that pray together stay together and our family are strong believers of God. I will continue to pray and accept prayers from our Church family, family and friends and sooner or later the truth will set Lance free.

July 1st, 2014, I felt as if my world was turned up side down as I watched the police walk my bestfriend out the door

past his daughter. I am full from heart ache and pain over this week that seem as if it's been months. My heart goes out to the victims family and friends, because if my love on going to jail for a crime he didn't commit kill me slowly I can only imagine the womb of losing someone forever. I pray that God give them closure, but with the indivsauds responsible.

Lance Reynolds is a father, son, husband, brother nephew, cousin, uncle, friend but Lance Reynolds is not a Violent, Crazy, gang banging. Murdering, thug.

Please don't treat him like a animal anybody that know Lance love Lance, my children need their father please I beg you please.

From a hurt Mother