DEFENDANT'S EXHIBIT F

6-24-14

To whom it may Concern:

My Name is Shannon Reynolds, mother of Lance Reynolds.

Lance is a wonderful father of 6 kids, four between him an his wife, Mark, Alaya, Mi'leah, Lance Jr., an 2 younger cousins, Mercedes, Ay'drien who were adopted after the tragic death of their 4 year old brother in 2013.

Lance is a great man who works sun up to sun down to provide for his family, using his many trades for his family he has acquired over the years.

Every night before he goes home he always comes by an check on me after I had open heart surgery. I am in an out of the hospital because of my heart problems.

Shannon Reynolds