

**BROWN, PHYLLIS**      0266602000142

(614)348-2582 | 4 x 6-32

Jul 11

Pickup - 07/11/2014  12:17:31 PM





















