IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CASE NOS. 2:14-cr-127 |
| | : | 2:15-cr-80 |
| v. | : | |
| | : | |
| CHRISTOPHER A. HARRIS, | : | JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

**DEFENDANT CHRISTOPHER HARRIS'S EXHIBIT LIST**

Pursuant to this Court's order (R.979, PageID #4814), Defendant Christopher A. Harris, by and through counsel, hereby submits the following Exhibit List:

1. Marcus Peters – Latent Comparison Request for Christopher Harris

2. Curriculum Vitae of Lisa Taylor-Austin

3. Curriculum Vitae of William A. Tobin

4. Curriculum Vitae of Robert L. Beegle

5. With leave of Court, Defendant reserves the right to make exhibits of any discovery or exhibits provided by the Government in discovery.

Respectfully submitted,

/s/ Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

/s/ Kevin Durkin
Kevin Durkin (0002047)
367 East Broad Street, Suite 1002
Columbus, Ohio 43215
Telephone: (614) 824-4257
E-mail: kd1017@aol.com

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 23, 2016 he electronically filed the foregoing Exhibit List with the Clerk of Court using the CM/ECF system, which will send notification of such filing to David DeVillers, Kevin W. Kelley, and Brian J. Martinez, Assistant United States Attorneys, Counsel for Plaintiff and to counsel for the other Defendants.

                                                    /s/ Kort Gatterdam  
                                                    Kort Gatterdam

050-728-655327