IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 2:14-CR-127
                            2:15-CR-80

vs. : JUDGE MARBLEY

ROBERT B. LEDBETTER, :

    Defendant. :

### DEFENDANT'S EXHIBIT LIST

Pursuant to this Courts' order, Defendant Robert Ledbetter, by and through counsel, hereby submits the following exhibit list:

1. With leave of Court, Defendant reserves the right to make exhibits of any discovery or to join in exhibits provided by the Government in discovery.

                                          Respectfully submitted,

                                          s/ Jeffrey A. Berndt
                                          Jeffrey A. Berndt
                                          Attorney for Defendant
                                          575 South High Street
                                          Columbus, Ohio 43215
                                          (614) 280-9300

                                          s/ Aaron Durden
                                          Attorney for Defendant Ledbetter
                                          10 West Monument Ave.
                                          Dayton, Ohio 45402-1202
                                          (937) 461-9400

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was electronically served upon all counsel of record on this 24 day of March 2016.

s/ Jeffrey A. Berndt
Jeffrey A. Berndt
Attorney for Defendant
575 South High Street
Columbus, Ohio 43215
(614) 280-9300

s/ Aaron Durden
Attorney for Defendant Ledbetter
10 West Monument Ave.
Dayton, Ohio 45402-1202
(937) 461-9400