IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

RASHAD LISTON,

    Defendant.

Case No. 2:14cr-127
2:15cr-80

JUDGE MARBLEY

## RASHAD LISTON'S EXHIBIT LIST

Rashad Liston, by and through counsel hereby submits the following:

1. Rashad Liston stands on his plea of not guilty. His intention is to hold the government to its burden. To that extent, Rashad Liston does not have any exhibits.
2. Rashad Liston, with leave of Court, reserves the right to create exhibits (from discovery), if needed, during the course of trial.

Respectfully submitted,

/s/ Isabella Dixon
ISABELLA DIXON   #0039650
98 HAMILTON PARK
Columbus, Ohio 43203
(614) 732-5390
ithomas229@gmail.com
**COUNSEL FOR RASHAD LISTON**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing NOTICE has been served upon all parties of record electronically this 25th day of March, 2016.

                                      /s/Isabella Dixon
                                        Isabella Dixon
                                        Attorney for Rashad Liston