IN THE UNTED SATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CASE NO.: 2:14-CR-127 (19)** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **JUDGE MARBLEY** |
| | : | |
| **JOHNATHAN HOLT,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANT JOHNATHAN HOLT'S EXHIBIT LIST

Pursuant to the Court's Scheduling Order now comes Defendant, by and though Counsel, and submits the following list of exhibits he intends on utilizing at trial:

Due to the nature and location of Defendant's pre-trial detention as well as the Court's confidentiality/non-disclosure Orders Defendant and Counsel have been unable as of this date to finalize an exhibit list.  Accordingly, Defendant reserves the right to supplement this list at such time as exhibits, if any, are determined.

Respectfully Submitted,

**GOLDEN & MEIZLISH, CO., LPA**

By: /s/ Keith E. Golden
KEITH E. GOLDEN  (0011657)
Attorney for Defendant Johnathan Holt
923 E. Broad Street
Columbus, Ohio 43205
Ph: (614) 258-1983
Fx: (614) 253-5071
Email: keg@golmeiz.com

Respectfully Submitted,

**GOLDEN & MEIZLISH, CO., LPA**

By: /s/ Keith E. Golden
KEITH E. GOLDEN  (0011657)
Attorney for Defendant Johnathan Holt
923 E. Broad Street
Columbus, Ohio 43205
Ph: (614) 258-1983
Fx: (614) 253-5071
Email: keg@golmeiz.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion  was served via ordinary US mail and email this 14th   day of November, 2016 the following:

David DeVillers and Kevin W. Kelly
Assistant United States Attorneys
303 Marconi Blvd. ó Suite 200
Columbus, Ohio 43215
Counsels for Plaintiff

**GOLDEN & MEIZLISH CO., LPA**

By: /s/ Keith E. Golden
KEITH E. GOLDEN (0011657)
Attorney for Defendant