# United States District Court
# Southern District of Ohio
# Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

vs.

CASE NO. CR-2-14-127(1)  &
CR2-15-80 (1)

ROBERT B. LEDBETTER

Defendant.

# CORRECTED NOTICE OF APPEAL

Notice is hereby given that Robert B. Ledbetter, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment and Commitment entered in this action on the 24th day of March, 2017.

(s) *Betty L. Clark*

Address:___ Jeffrey A. Berndt & Aaron Durden ___

_____ 575 S. High St. _____

_____ Columbus, OH 43215 _____

Attorney for:   Robert B. Ledbetter

6CA-3
1/99